IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**KENT HOVIND,**
    Plaintiff,

vs.                                    CASE NO.: 3:06cv61/RV/MD

**UNITED STATES OF AMERICA,**
    Defendant.

___

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 23, 2006. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED for lack of subject matter jurisdiction and the clerk is directed to close the file.

DONE AND ORDERED this 29th day of March, 2006.

          _/s/ Roger Vinson_
          **ROGER VINSON**
          **SENIOR UNITED STATES DISTRICT JUDGE**